# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Martha Donelson,

                              Plaintiff,

|                         |                      |
|-------------------------|----------------------|
| Case Number:            | 14-CV-316-JHP-TLW    |
| Proceeding:             | Status Hearing       |
| Date:                   | 6-18-2014            |
| Court Time:             | 2:00 p.m.            |
| Actual Court Time:      | 2:15 p.m. - 2:44 p.m.|

vs.

Devon Energy Production Company, L.P., and
United States of America, Department of
Interior,

                              Defendants.

### MINUTE SHEET

James H. Payne, U.S. District Judge          D. Holland,l Deputy Clerk          No Court Reporter Present

Counsel for Plaintiff:     Donald Lepp

Counsel for Defendant:     Charles Greenough; Cathryn McClanahan; Wyn Dee Baker; Jeremy Webb,

                           Representative for Devon Energy; and Charles Babst, Representative for the DOI

**MINUTES:**   Status Hearing held; Overview of the case given by the parties; Proposed scheduling order addressed;

Court will permit surreplies to be filed; Agreed upon scheduling order will be filed of record.