# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARTHA DONELSON | ) |
|           **Plaintiff,** | ) |
| v. | ) Case No. 14-CV-316-JHP-TLW |
| (1) DEVON ENERGY PRODUCTION COMPANY, L.P., and | ) |
| (2) UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR ex rel. BUREAU OF INDIAN AFFAIRS, | ) |
|           **Defendants.** | ) |

## UNOPPOSED MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

COMES NOW the Defendant, United States Department of the Interior ex rel. Bureau of Indian Affairs, by and through Danny C. Williams, Sr., United States Attorney for the Northern District of Oklahoma, and Assistant United States Attorneys Cathryn D. McClanahan and Wyn Dee Baker, for the Northern District of Oklahoma, and hereby moves the Court to enter the Stipulated Protective Order, attached hereto as Exhibit 1.  In support of this motion, and in accordance with local rules, the United States submits as follows:

1. Counsel for Plaintiff Martha Donelson and Defendant Devon Energy Production Company, L.P. do not object to this motion or the entry of a protective order.

2. This action concerns the review of a decision of an administrative agency. Certain documents and materials contained within the record of the administrative agency include information deserving of protection such as oil and gas mining leases and drilling permits containing commercial terms and other materials subject to protection from disclosure, pursuant—but not limited—to the Archeological Resources Protection Act, 16 U.S.C. § 470hh(a)

or the National Historic Preservation Act, 16 U.S.C. § 470w-3 and their implementing regulations, that the parties, in good faith, deem to be confidential. The parties have agreed, through their counsel, that the entry of a protective order is advisable to protect the parties' confidential and sensitive information, and that, to expedite this proceeding and preserve the confidentiality of such documents and information, the attached Stipulated Protective Order should be entered by the Court.

3. Attached as Exhibit 1 to this motion is the proposed protective order, which is in accordance with the Court's template, showing, through track changes, the changes made to the Court's template. The reason for the proposed minimal changes include:

   a. Insertion of appropriate pleading headings,
   b. Minor wording changes to reflect that documents which will be labeled confidential are contained within an administrative record (rather than being produced for the first time during discovery in this action), and
   c. Insertion of three sentences in Section 2(a) to provide that the administrative record should consist of two separate filings: one filing that is labeled confidential and includes all documents labeled confidential, and one filing that includes the remainder of the administrative record.

4. This motion is filed in accordance with the Northern District of Oklahoma's instructions for the filing of protective orders seeking confidential treatment of materials or information (Form CV-29).

**WHEREFORE**, the United States respectfully requests that the Court enter the attached Stipulated Protective Order.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        DANNY C. WILLIAMS, SR.
        United States Attorney

        s/Cathryn D. McClanahan
        CATHRYN D. McCLANAHAN, OBA No. 14853
        WYN DEE BAKER, OBA No. 465
        Assistant United States Attorney
        110 West 7th Street, Suite 300
        Tulsa, Oklahoma 74119
        T: 918-382-2700
        cathy.mcclanahan@usdoj.gov
        wyndee.baker@usdoj.gov

## **CERTIFICATE OF SERVICE**

       I hereby certify that on July 11, 2014, I electronically transmitted the foregoing to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Donald A. Lepp
Gentner F. Drummond
Garry M. Gaskins, II
dal@drumlaw.com
gfd@drumlaw.com
gmg@drumlaw.com
*Counsel for Plaintiff Martha Donelson*

Charles Greenough
Laura J. Long
Timothy J. Bomhoff
charles.greenough@mcafeetaft.com
laura.long@mcafeetaft.com
tim.bomhoff@mcafeetaft.com
*Counsel for Defendant Devon Energy Production Company, LP*

                                           s/Chris Watson
                                           Chris Watson
                                           Legal Assistant