IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARTHA DONELSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 14-CV-316-JHP-FHM |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO DISMISS OF DEFENDANT CHAPARRAL ENERGY, L.L.C.

Pursuant to Fed. R. Civ. P. 12(b)(1), (6), and (7), Defendant Chaparral Energy, L.L.C. ("Chaparral") hereby moves to dismiss all claims asserted by Plaintiffs. In the interest of judicial economy and efficiency, Chaparral adopts and incorporates the following motions to dismiss filed by other Defendants:

1. Defendants Devon Energy Production Co., L.P. and Linn Energy Holdings, LLC's Motion to Dismiss and Brief in Support (Dkt. No. 136); and

2. Motion to Dismiss and Brief in Support Submitted by Defendants Performance Energy Resources, LLC, Short Oil, LLC, Marco Oil Company, LLC, Osage Energy Resources, LLC, Helmer Oil Corp., and Clear Mountain Production, LLC (Dkt. No. 138).

Respectfully Submitted,

/s/ Nicholas V. Merkley
Nicholas V. Merkley, OBA No. 20284
FELLERS, SNIDER, BLANKENSHIP,
 BAILEY & TIPPENS, P.C.
100 North Broadway, Suite 1700
Oklahoma City, OK 73102-8820

Telephone: (405) 232-0621
Facsimile: (405) 232-9659
E-Mail: nmerkley@fellerssnider.com

and

Anthony J. Shaheen
*(Pro Hac Vice Application Pending)*
Christopher A. Chrisman
*(Pro Hac Vice Application Pending)*
HOLLAND & HART, LLP
555 Seventh Street, Suite 3200
Denver, CO 80202-3979
Phone: (303) 295-8000
Fax: (303) 295-8261
Email: ajshaheen@hollandhart.com
       cachrisman@hollandhart.com

Attorneys for Chaparral Energy, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2014, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all persons who have entered their appearance as ECF registrants in this case.

/s/ Nicholas V. Merkley
Nicholas V. Merkley

652768