**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| MARTHA DONELSON et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 14-CV-316-JHP-TLW |
| | ) |
| UNITED STATES OF AMERICA et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CEJA CORPORATION'S MOTION TO DISMISS**
**FIRST AMENDED COMPLAINT**

Defendant Ceja Corporation moves the Court to dismiss this action pursuant to Fed.R.Civ.P. 12(b)(1), (6), and (7). In support of this motion and for judicial economy, Defendant incorporates by reference the arguments and authorities submitted by the following Co-Defendants:

- ➢ Motion to Dismiss of B&G Oil Company, et al. [Dkt#124];
- ➢ Motion to Dismiss of Devon Energy Production Co., L.P., et al. [Dkt#136];
- ➢ Motion to Dismiss of Link Oil Co., et al. [Dkt#137]; and
- ➢ Motion to Dismiss of Performance Energy Resources, LLC, et al. [Dkt#138].

Wherefore, Defendant prays that Plaintiff's First Amended Complaint be dismissed and that Defendant be awarded its costs and such other relief as the Court deems appropriate.

Respectfully submitted,

*/s/ Randall G. Vaughan*
Randall G. Vaughan, OBA #11554
Robert Mitchener, III, OBA #30178
PRAY WALKER, P.C.
100 West 5th Street, Suite 900
Tulsa, OK   74103
Telephone      (918) 581-5500
Email             rvaughan@praywalker.com
                       rmitchener@praywalker.com
*Attorneys for Defendant Ceja Corporation*

CERTIFICATE OF SERVICE

     I hereby certify that on October 6, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System and transmittal of a Notice of Electronic Filing to all persons who have entered their appearance as ECF registrants in this case.

                                  */s/ Randall G. Vaughan*