IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] MARTHA DONELSON and [2] JOHN FRIEND, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS,<br><br>      Plaintiffs,<br><br>v.<br><br>[1] UNITED STATES OF AMERICA; DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS; [2] DEVON ENERGY PRODUCTION COMPANY, L.P., [3] CHAPARRAL ENERGY, LLC; [4] ENCANA OIL & GAS (USA), INC.; [5] PERFORMANCE ENERGY RESOURCES, LLC; [6] CEJA CORPORATION; [7] CEP MID-CONTINENT, LLC; [8] LINN ENERGY HOLDINGS, LLC; [9] SULLIVAN & COMPANY, LLC; [10] CARDINAL RIVER ENERGY, LP; [11] REVARD OIL & GAS PROPERTIES, INC.; [12] BLACK LAVA RESORUCES, LLC; [13] B & G OIL COMPANY; [14] ORION EXPLORATION, LLC; [15] NADEL AND GUSSMAN, LLC; [16] LAMMAMCO DRILLING, LLC; [17] CLEAR MOUNTAIN PRODUCTION, LLC; [18] SHORT OIL, LLC; [19] WELLCO ENERGY, INC.; [20] RAM ENERGY RESOURCES, INC.; [21] MARCO OIL COMPANY, LLC; [22] BGI RESOURCES, LLC; [23] HALCON RESOURCES CORPORATION; [24] THE LINK OIL COMPANY; [25] OSAGE ENERGY RESOURCES, LLC; [26] TOOMEY OIL COMPANY, INC.; [27] KAISER-FRANCIS ANADARKO, LLC; [28] HELMER OIL CORP; [29] SPYGLASS ENERGY GROUP, LLC; AND ALL OTHER LESSES AND OPERATORS AND OPERATORS WHO HAVE OBTAINED A CONCESSION AGREEMENT, LEASE OR DRILLING PERMIT APPROVED BY THE BIA IN OSAGE COUNTY IN VIOLATION OF NEPA,<br><br>      Defendants. | Case No. 14-CV-316-JHP-FHM |

1

## DEFENDANTS' CEP MID-CONTINENT, LLC, AND HALCON RESOURCES CORPORATION, f/k/a RAM ENERGY RESOURCES, INC., MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, WITH BRIEF IN SUPPORT

Defendants CEP Mid-Continent, LLC ("CEP"), and Halcon Resources Corporation, f/k/a Ram Energy Resources, Inc. ("Halcon"), hereby move this Court to dismiss all claims asserted by Plaintiffs. In support of their Motion, and in the interest of judicial economy, CEP and Halcon adopt and incorporate by reference herein the arguments set forth in (1) Defendants B&G Oil Company and Wellco Energy, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint [Doc. No. 124], (2) Defendant Devon Energy Production Co., L.P.'s Motion to Dismiss and Brief in Support [Doc. No. 136], (3) Defendants' The Link Oil Company, Toomey Oil Company, Inc., and Oliphant Energy, Ltd., L.L.C.'s Motion to Dismiss and Brief in Support Thereof [Doc. No. 137], and (4) the Motion to Dismiss and Brief in Support Submitted by Defendants Performance Energy Resources, LLC, Short Oil, LLC, Marco Oil Company, LLC, Osage Energy Resources, LLC, Helmer Oil Corp., and Clear Mountain Production, LLC [Doc. No. 138].

For all the reasons set forth in those Motions and Briefs, Plaintiffs' Amended Complaint [Doc. No. 46] should be dismissed. In addition, CEP and Halcon request that they be awarded their costs and attorneys' fees, and such other relief as the Court deems just and proper.

/s/ J. Kevin Hayes
J. Kevin Hayes, OBA #4003
Pamela S. Anderson, OBA #11613
**HALL, ESTILL, HARDWICK, GABLE,
GOLDEN & NELSON**
320 South Boston Avenue, Suite 200
Tulsa, OK  74103
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
khayes@hallestill.com
panderson@hallestill.com

**ATTORNEYS FOR DEFENDANTS
CEP MID-CONTINENT, LLC and
HALCON RESOURCES CORPORATION,
f/k/a RAM ENERGY RESOURCES, INC.**

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 7, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System and transmittal of a Notice of Electronic Filing to all persons who have entered their appearance as ECF registrants in this case.

                /s/ J. Kevin Hayes

2130220.1