IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| [1] MARTHA DONELSON and [2] JOHN FRIEND, ON BEHALF OF THEMSELVES AND ON BEHALF OF ALL SIMILARLY SITUATED PERSONS<br><br>            Plaintiffs,<br><br>vs.<br><br>[1] UNITED STATES OF AMERICA, DEPARTMENT OF INTERIOR; BUREAU OF INDIAN AFFAIRS; [2] DEVON ENERGY PRODUCTION COMPANY, L.P.; [3] CHAPARRAL ENERGY, LLC; [4] ENCANA OIL & GAS (USA), INC.; [5] PERFORMANCE ENERGY RESOURCES, LLC; [6] CEJA CORPORATION; [7] CEP MID-CONTINENT, LLC; [8] LINN ENERGY HOLDINGS, LLC; [9] SULLIVAN & COMPANY, LLC; [10] CARDINAL RIVER ENERGY, LP; [11] REVARD OIL & GAS PROPERTIES, INC.; [12] BLACK LAVA RESOURCES, LLC; [13] B & G OIL COMPANY; [14] ORION EXPLORATION, LLC; [15] NADEL AND GUSSMAN, LLC; [16] LAMMAMCO DRILLING, LLC; [17] CLEAR MOUNTAIN PRODUCTION, LLC; [18] SHORT OIL, LLC; [19] WELLCO ENERGY, INC.; [20] RAM ENERGY RESOURCES, INC.; [21] MARCO OIL COMPANY, LLC; [22] BGI ROUSOURCES, LLC; [23] HALCON RESOURCES CORPORATION; [24] THE LINK OIL COMPANY; [25] OSAGE ENERGY RESOURCES, LLC; [26] TOMMEY OIL COMPANY, INC.; [27] KAISER-FRANCIS ANADARKO, LLC; [28] HELMER OIL CORP; [29] SPYGLASS ENERGY GROUP, LLC; AND ALL OTHER LESSES AND OPERATORS AND OPERATORS WHO HAVE OBTAINED A CONCESSION AGREEMENT, LEASE OR DRILLING PERMIT APPROVED BY THE BIA IN OSAGE COUNTY IN VIOLATION OF NEPA,<br><br>            Defendants. | Case No. 14-CV-316-JHP-FHM |

1

## DEFENDANT REVARD OIL AND GAS
## PROPERTIES, INC.'S MOTION TO DISMISS

Defendant Revard Oil and Gas Properties, Inc. hereby moves to dismiss Plaintiffs' First Amended Complaint pursuant to F.R.C.P Rule 12(b)(1), (6) and (7).

In support of its Motion, Defendant Revard Oil and Gas Properties, Inc. adopts the arguments and authorities set forth in the motions filed by B&G Oil Company and Wellco Energy, Inc. [Doc. No. 124]; Devon Energy Production Co., L.P., and Linn Energy Holdings, LLC [Doc. No. 136]; The Link Company *et al.* [Doc. No. 137]; and Performance Energy Resources, L.P. *et al.* [Doc. No. 138].

Defendant Revard Oil and Gas Properties, Inc. prays that the Court dismiss with prejudice Plaintiffs' First Amended Complaint and grant it reasonable attorney fees, costs, and all other relief to which the Court determines to be just and proper.

s/ Jack H. Santee
Jack H. Santee, OBA No. 7903
Moyers Martin, LLP
401 S. Boston Avenue, Suite 1100
Tulsa, OK 74103
Phone:  (918) 582-5281
Facsimile:  (918) 585-8318
Email:  santee@moyersmartin.com
*Attorney for Defendant*
*Revard Oil and Gas Properties, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of October, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System which will send notification of such filing to all persons who have entered their appearance as ECF registrants in this case.

s/ Jack H. Santee
Jack H. Santee